UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PERMANENT GENERAL
ASSURANCE CORPORATION                                                            PLAINTIFF

v.                                  No. 2:18-cv-02169

BRANDON POWELL, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS ORDERED AND ADJUDGED that there is no duty to defend or provide coverage under Permanent General Assurance Corporation's ("PGAC") policy number AR3546043 issued to Dakota Britt, in connection with the August 31, 2017 accident. PGAC has no duty to defend or provide coverage to Brandon Powell, Jessica McClure, and Dakota Britt or the claims alleged by Mina Anderle and C.A. arising out of the accident.

IT IS SO ADJUDGED this 25 day of September, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE